IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                                        12-cv-279-wmc

MILWAUKEE COUNTY, WIS,
MILWAUKEE COUNTY CIRCUIT
COURTHOUSE, MR. CHRIS ABELE,
MILWAUKEE COUNTY BOARD OF
SUPERVISORS, MR. HOLLOWAY and
MRS. LYNN DE BRUIN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_____             11/9/12
Peter Oppeneer, Clerk of Court              Date